ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :     MISDEMEANOR
                                         INFORMATION
            -v-                    :
                                         07 Crim 276 (MRG)
ERNEST DOWLING,                    :

            Defendant              :

- - - - - - - - - - - - - - - -x

*U.S. DISTRICT COURT FILED APR 0 9 2007 W.P. S.D. OF N.Y.*

The United States Attorney charges:

COUNT ONE

1. On or about January 19, 2007, at the Montrose Veterans Administration Hospital, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, ERNEST DOWLING, the defendant, unlawfully, willfully and knowingly intentionally placed or attempted to place another person in reasonable fear of physical injury, serious physical injury or death by displaying a deadly weapon, dangerous instrument or what appeared to be a pistol, revolver, rifle, shotgun, machine gun or other firearm, to wit, the defendant placed Montrose Veterans Administration Hospital workers in fear of injury

when he displayed a dangerous weapon, swinging a knife with a 3 1/2" blade in Building 3, Room 18, Montrose Veterans Administration Hospital, Montrose, New York.

(Title 18, United States Code, Section 13)
(New York State Penal Law, Section 120.14(1))

*[signature]*
MICHAEL J. GARCIA
United States Attorney